**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SARA A.H.,

                Plaintiff,                      23 **CIVIL** 6176 (GRJ)

       -v-                                **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated March 4, 2024, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 10) is DENIED; the Commissioner's denial of benefits is sustained; and this case is DISMISSED.

**Dated:** New York, New York

      March 4, 2024

                                                           **RUBY J. KRAJICK**
                                                           **Clerk of Court**

                              **BY:**

                                                           **Deputy Clerk**